UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA RAMONA ALLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AUSTIN J LLOYD,<br><br>　　　　Defendant. | Case No.  21-cv-07918-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS CASE**<br><br>Re: Dkt. No. 15 |

　　　　The Court has reviewed Magistrate Judge Westmore's Report and Recommendation to Dismiss Case, as well as objections to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　　 IT IS HEREBY ORDERED that this case is dismissed with prejudice for failure to exhaust administrative remedies. The Clerk is directed to enter judgment in favor of Defendant and to close the file.

　　　　**IT IS SO ORDERED.**

Dated:　 6/1/2022

　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge