United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA RAMONA ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>AUSTIN J LLOYD,<br><br>        Defendant. | Case No. 21-cv-07918-HSG<br><br>**ORDER RE CASE STATUS**<br><br>Re: Dkt. No. 25 |

This case was dismissed with prejudice on June 1, 2022. *See* Dkt. No. 20. Plaintiff has since filed several documents that have no basis in the federal or local rules. *See* Dkt. Nos. 22, 24, 25. The Court reemphasizes that this case is closed and no further filings will be accepted or considered. The submission of further filings will result in termination of Plaintiff's e-filing privileges. This order terminates Docket No. 25.

**IT IS SO ORDERED.**

Dated: 12/1/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge